# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BOBBY DON JOHNSON, )<br>)<br>Defendant. ) | No. 2:22-CR-04021-BCW-03 |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

The defendant, by consent, appeared before the undersigned on February 16, 2023 and pursuant to Rule 11 of the Federal Rules of Criminal Procedure, Local Rule 72.1(b)(1)(J), and 28 U.S.C. § 636, has entered a plea of guilty to the lesser included offense of Count 1 of the Indictment. After cautioning and examining defendant, under oath, in accordance with the requirements of Rule 11, it was determined that the guilty plea was knowledgeable and voluntary, and that the offense to which defendant has plead guilty is supported by a factual basis for each of the essential elements of the offense.

IT IS, THEREFORE, RECOMMENDED that the plea of guilty be accepted and that the defendant be adjudged guilty and have sentence imposed accordingly.

Failure to file written objections to this Report and Recommendation within fourteen (14) days from the date of its filing will bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1)(B).

*Willie J. Epps, Jr.*
Willie J. Epps, Jr.
United States Magistrate Judge

February 16, 2023
Jefferson City, Missouri